MORRIS H. MANN, Appellant, *v.* R. SIMPSON & Co., INC., Respondent.

Submitted April 8, 1940; decided April 16, 1940.

*Michael Rechler, Joseph J. Zeiger* and *Ephraim Berliner* for motion.

*Daniel Levy* opposed.

Motion denied.

DANIEL McCARTHY et al., Respondents, *v.* THOMAS PIERET, Defendant, and MICHAEL JACKMAN, as Administrator of the Estate of CATHERINE McC. JACKMAN, Deceased, Appellant.

Submitted April 8, 1940; decided April 16, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 281 N. Y. 407.)